```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | |
|---|---|
| TEELA ANNETTE SPILLER, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:08-CV-0458-CAP |
| FREEDOM LOFTS CONDOMINIUM ASSOCIATION, INC., et al., | |
| Defendants. | |

**O R D E R**

On September 22, 2009, this court issued an order denying the plaintiff's motions for additional time to draft and directing the plaintiff to respond to the pending motions to dismiss [Doc. Nos. 60 and 63] no later than October 5, 2009.  The court specifically warned the plaintiff that it would dismiss this action if she failed to respond by that date.  The plaintiff has not responded to the motions to dismiss as directed by this court; accordingly, pursuant to Local Rule 41.3(A)(2), the court hereby dismisses her complaint.  The pending motions to dismiss are dismissed as moot [Doc. Nos. 60 and 63].  There being no further issues in this case, the clerk is directed to close this file.

So ordered, this 6th day of October, 2009.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge